**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-658 |
| | § | |
| | § | |
| | § | |
| APRIL CARSON | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the deadline to file objections and a request for a new date for the  sentencing hearing, (Docket Entry No. 23). The  motion for continuance is GRANTED.  Objections to the presentence report are due by December 27, 2013. The sentencing hearing is reset to **January  9, 2014 at 9:00 a.m.**

SIGNED on November 14, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge